620

Comptroller of the Currency, as *amicus curiae,* in support of the petition.

No. 499. ROBINETTE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 500. PAUMGARTEN *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. December 7, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Henry A. Mulcahy* and *Guilford S. Jameson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 525. SHARPE *v.* BUCHANAN. See *ante,* p. 238.

No. 369. MARCONI WIRELESS TELEGRAPH CO. *v.* UNITED STATES; and

No. 373. UNITED STATES *v.* MARCONI WIRELESS TELE-GRAPH CO. December 14, 1942. Petitions for writs of certiorari to the Court of Claims granted. *Messrs. Abel E. Blackmar, Jr.* and *Richard A. Ford* for the Marconi Wireless Telegraph Co. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Clifton V. Edwards* for the United States.

No. 518. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SABINE TRANSPORTATION CO., INC. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Charles I. Francis* for respondent.